IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| KELLY A. CROSS | * | Case No. 19-13738-RAG |
| Debtor(s) | * | (Chapter 13) |

* * * * * * * * * * * * *

**NOTICE OF FILING OF CONSENT MOTION FOR**
**APPROVAL OF SETTLEMENT AND COMPROMISE**

TAKE NOTICE that MD Dept. of Labor ("DOL") has filed a consent motion for approval of settlement in *DLLR v. Kelly A. Cross* ("Debtor"), Adv. No. 19-163, arising out of the Case No. 19-13738-RAG to have determined nondischargeable a debt arising from overpayment off unemployment benefits. DOL and Debtor have agreed to settle by consent to entry of an order that determines the debt of $12,793.62 plus $350 costs nondischargeable and a judgment for that same amount. Other terms include that a) post-judgment interest shall be waived from the date of the bankruptcy filing to the date that the case is no longer in Ch. 13, b) after the case is no longer in Ch. 13, Debtor shall commence payments to DOL of $200/mo.; c) so long as debtor is in compliance with the required monthly payments, post-judgment interest will continue to be waived, d) DLLR shall not be precluded from enforcing its rights to intercept Debtor's federal and/or state income tax refunds to apply to the Judgment Amount; e) DLLR maintains its right offset any new UI benefits claim to apply to the Judgment Amount; and f) nothing in this settlement shall affect DLLR's proof of claim or entitlement to Ch. 13 distributions. Settlement is between DLLR and the Debtor and does not involve the bankruptcy estate, the Ch. 13 Trustee, or the claims of any other creditors. The settlement reduces statutory fraud interest by $500, plus eliminates post-petition interest.

      Creditors and other parties in interest with objections to the proposed settlement and compromise must file any such objections within twenty-one (21) days of service of this notice with the U.S. Bankruptcy Court for the District of Maryland, 101 W. Lombard Street, Rm. 8305, Baltimore, MD 21201, with a copy to the undersigned. The settlement may be approved without further notice if no objections are filed. The Court may conduct a hearing or determine the matter without a hearing, in its discretion, regardless of whether any objections are filed. Objections must contain a complete specification of the factual and legal grounds upon which they are based. Parties in interest with questions may contact the undersigned attorney.

Dated: September 25, 2019          /s/ Orbie R. Shively
                                               Orbie R. Shively (Fed. Bar No. 04461)
                                               Maryland Department of Labor
                                               Litigation and Prosecution Unit
                                               1100 North Eutaw Street, Rm. 522
                                               Baltimore, MD 21201
                                               (Ph.) (410) 767-4366/Fx. (410) 333-5059
                                               orbie.shively@maryland.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this  25th  day of September, 2019, a copy of the foregoing Notice of Filing of Consent Motion For Settlement And Compromise was served via the Court's CM/ECF electronic notification system on:

| | |
|---|---|
| Richard@richardhackerman.com | Richard J. Hackerman, Esq. |
| grigsbyecf@ch13md.com | Nancy Spencer Grigsby, Ch. 13 Trustee |
| mdbkr@brockandscott.com | Gene Jung, Esq. |
| BANKAMER.COM | Bank Of America |
| AIS.cocard.ebn@americaninfosource.com | Capital One Bank Usa N |
| cio.bncmail@irs.gov | INTERNAL REVENUE SERVICE |
| pa_dc_claims@navient.com | Navient |
| PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Portfolio Recov Assoc |
| bankruptcydepartment@tsico.com | Transworld Sys Inc. |

and was mailed first class, postage prepaid to all other creditors and parties in interest listed on the creditor mailing matrix (list of all creditors attached) in this case, including but not limited to:

| | |
|---|---|
| United States Trustee | Kelly A. Cross |
| Garmatz Federal Courthouse | 2309 Maryland Avenue |
| 101 W. Lombard Street, Rm. 2625 | Baltimore, MD 21218 |
| Baltimore, MD 21201 | |

                                                                /s/ Orbie R. Shively
                                                                 Orbie R. Shively